IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KALINARDO VISHANTI CHARLES | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| JUDGE JOSEPH CRONIN, et al. | : | NO. 10-3242 |

### O R D E R

AND NOW, this 3rd day of January, 2011, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This action is **DISMISSED AS FRIVOLOUS** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

BY THE COURT:

C. DARNELL JONES, II, J.